455 A.2d 1186

**COMMONWEALTH of Pennsylvania**

v.

**Carmen Michael SCRIMALLI, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1983.

Decided Feb. 2, 1983.

Paul R. Mazzoni, Scranton, for appellant.

Ernest D. Preate, Jr., Dist. Atty., Michael J. Krushinski, Asst. Dist. Atty., Amil Minora, Scranton, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM.

Judgment of sentence affirmed.